IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC, | |
| Plaintiff, | Case No. 6:10-cv-239 |
| v. | PATENT CASE |
| AT&T CORPORATION, et al. | JURY TRIAL DEMANDED |
| Defendants. | |

## NOTICE OF CONSENT TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA

Plaintiff Teleconference Systems, LLC ("Plaintiff") files this Notice of Consent to Transfer this matter to the Northern District of California and in support thereof states as follows:

1. On October 12, 2010 Defendants filed their Motion to Transfer Venue to the Northern District of California [Doc. 45].

2. Prior to Defendants filing the Motion to Transfer, the parties met and conferred on Defendants' motion. At that time Plaintiff was not made aware of certain facts, which were presented for the first time in Defendants' Motion to Transfer.

3. Having reviewed Defendants' Motion, including the facts presented for the first time in Defendants' motion, and in the interest of judicial economy and to avoid the need for this Court to decide the motion, Plaintiff hereby consents to the transfer of the above captioned matter to the Northern District of California.

WHEREFORE Plaintiff respectfully requests that this Court transfer the above captioned matter to the Northern District of California.

1

DATED: November 19, 2010          Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

/s/ Anthony G. Simon
Anthony G. Simon
Timothy E. Grochocinski
800 Market Street, Suite 1700
Saint Louis, Missouri 63101
P.314.241.2929
F.314.241.2029
asimon@simonlawpc.com
teg@simonlawpc.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties of record on November 19, 2010 via the Court's CM/ECF system.

/s/ Anthony G. Simon
Anthony G. Simon